**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: JOHNSON, THOMAS B | § | Case No. 16-82295-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 29, 2016. The undersigned trustee was appointed on December 07, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         12,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 11,990.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/14/2017 and the deadline for filing governmental claims was 03/28/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2017          By: /s/STEPHEN G. BALSLEY
                                    Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82295-TML  
**Case Name:** JOHNSON, THOMAS B

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/29/16 (f)  
**§341(a) Meeting Date:** 11/10/16  

**Period Ending:** 05/18/17  
**Claims Bar Date:** 02/14/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6645 Torchlite Trail, Loves Park, IL 61111-0000, | 90,000.00 | 0.00 | | 0.00 | FA |
| 2 | 412 Marquette Dr SW, Poplar Grove (1/6 interest) See Order to Sell Real Estate entered March 27, 2017. | 17,000.00 | 17,000.00 | | 12,000.00 | FA |
| 3 | checking: BMO Harris Bannk | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking: MECU | 300.00 | 0.00 | | 0.00 | FA |
| 5 | older household furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | tvs, laptop, cell phone | 300.00 | 0.00 | | 0.00 | FA |
| 7 | necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8 | watch | 50.00 | 0.00 | | 0.00 | FA |
| 9 | employer provided term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401K: employer provided | Unknown | 0.00 | | 0.00 | FA |
| 11 | 2004 Ford Expedition | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2010 Ford Fusion | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Harley Davidson | 4,000.00 | 0.00 | | 0.00 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$121,950.00** | **$17,000.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     May 18, 2017          **Current Projected Date Of Final Report (TFR):**     May 18, 2017  (Actual)

Printed: 05/18/2017 11:42 AM     V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-82295-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | JOHNSON, THOMAS B | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1966 - Checking Account |
| Taxpayer ID #: | **-***6534 | | Blanket Bond: | $6,620,000.00  (per case limit) |
| Period Ending: | 05/18/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/14/17 | {2} | Alpine Bank | Bankruptcy Estate's 1/6 interest in 412 Marquette Drive SW, Poplar Grove, IL pursuant to Court Order entered March 27, 2017 | 1110-000 | 12,000.00 | | 12,000.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| | | | ACCOUNT TOTALS | | 12,000.00 | 10.00 | $11,990.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,000.00 | 10.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,000.00 | $10.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1966** | 12,000.00 | 10.00 | 11,990.00 |
| | $12,000.00 | $10.00 | $11,990.00 |

{} Asset reference(s)

Printed: 05/18/2017 11:42 AM    V.13.30

# Exhibit C

### Case: 16-82295-TML   JOHNSON, THOMAS B

Claims Bar Date:  02/14/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>09/29/16 |  | $1,950.00<br>$1,950.00 | $0.00 | $1,950.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>,  200 | Admin Ch.  7<br>09/29/16 | Written Search Fee - Title Underwriters (11/22/16) | $110.00<br>$110.00 | $0.00 | $110.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>09/29/16 |  | $3,152.50<br>$3,152.50 | $0.00 | $3,152.50 |
| 1 | Xcel Energy South<br>by American InfoSource LP as agent<br>PO Box 268872<br>Oklahoma City, OK 73126-8872<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/15/16 | by American InfoSource LP as agent<br>PO Box 268872<br>Oklahoma City, OK 731268872<br>--------------------------------------------------------------------------* * * | $167.93<br>$167.93 | $0.00 | $167.93 |
| 2 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/17/16 | Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br>--------------------------------------------------------------------------* * * | $1,068.12<br>$1,068.12 | $0.00 | $1,068.12 |
| 3P | Internal Revenue Service<br>P.O. Box 7317<br><br>Philadelphia, PA 19101-7317<br><5800-00  Claims of Governmental Units>,  570 | Priority<br>11/17/16 | Box 7346<br>Philadelphia, PA 19101<br>--------------------------------------------------------------------------* * * | $6,673.73<br>$6,673.73 | $0.00 | $6,673.73 |
| 3U | Internal Revenue Service<br>P.O. Box 7317<br><br>Philadelphia, PA 19101-7317 | Unsecured<br>11/17/16 | Box 7346<br>Philadelphia, PA 19101<br>--------------------------------------------------------------------------* * * | $309.04<br>$309.04 | $0.00 | $309.04 |

# Exhibit C

### Case: 16-82295-TML   JOHNSON, THOMAS B

Claims Bar Date:  02/14/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Nelnet<br>121 South 13th Street Suite 201<br><br>Lincoln, NE 68508 | Unsecured<br>11/22/16 | 121 South 13th Street Suite 201<br>Lincoln, NE 68508 | $21,807.78<br>$21,807.78 | $0.00 | $21,807.78 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | US Department of Education<br>c/o Nelnet<br>P.O. Box 740283<br>Atlanta, GA 30374-0283 | Unsecured<br>11/22/16 | c/o Nelnet<br>121 South 13th Street Suite 201<br>Lincoln, NE 68508 | $46,302.25<br>$46,302.25 | $0.00 | $46,302.25 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | Texas Guaranteed Student Loan Corporation<br>PO Box 659602<br><br>San Antonio, TX 78265 | Unsecured<br>12/01/16 | Po Box 83100<br>Round Rock, TX 78683 | $4,315.03<br>$4,315.03 | $0.00 | $4,315.03 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083 | Unsecured<br>12/05/16 | PO Box 71083<br>Charlotte, NC 282721083 | $1,063.50<br>$1,063.50 | $0.00 | $1,063.50 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Rockford Health Physicians<br>2300 N Rockton Ave<br><br>Rockford, IL 61103 | Unsecured<br>12/07/16 | 2300 N Rockton Ave<br>Rockford, IL 61103 | $2,991.48<br>$2,991.48 | $0.00 | $2,991.48 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Unsecured<br>01/12/17 | c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 980830280 | $2,050.00<br>$2,050.00 | $0.00 | $2,050.00 |

# Exhibit C

### Case: 16-82295-TML   JOHNSON, THOMAS B

Claims Bar Date: 02/14/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured<br>01/19/17 | T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 731248848<br>-----------------------------------------------------------------------------* * * | $246.01<br>$246.01 | $0.00 | $246.01 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | $0.00 | $92,207.37 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-82295-TML
Case Name: JOHNSON, THOMAS B
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 11,990.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,152.50 | 0.00 | 3,152.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 110.00 | 0.00 | 110.00 |

Total to be paid for chapter 7 administration expenses: $ 5,212.50
Remaining balance: $ 6,777.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,777.50

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,673.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | Internal Revenue Service | 6,673.73 | 0.00 | 6,673.73 |

|  |  |  |
|---|---|---:|
|  | Total to be paid for priority claims: | $ 6,673.73 |
|  | Remaining balance: | $ 103.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,321.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Xcel Energy South | 167.93 | 0.00 | 0.23 |
| 2 | Discover Bank | 1,068.12 | 0.00 | 1.38 |
| 3U | Internal Revenue Service | 309.04 | 0.00 | 0.40 |
| 4 | Nelnet | 21,807.78 | 0.00 | 28.17 |
| 5 | US Department of Education | 46,302.25 | 0.00 | 59.82 |
| 6 | Texas Guaranteed Student Loan Corporation | 4,315.03 | 0.00 | 5.57 |
| 7 | Capital One Bank (USA), N.A. | 1,063.50 | 0.00 | 1.37 |
| 8 | Rockford Health Physicians | 2,991.48 | 0.00 | 3.86 |
| 9 | Citibank, N.A. | 2,050.00 | 0.00 | 2.65 |
| 10 | American InfoSource LP as agent for | 246.01 | 0.00 | 0.32 |

|  |  |  |
|---|---|---:|
|  | Total to be paid for timely general unsecured claims: | $ 103.77 |
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**