UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **JOHNSON, THOMAS B** ) | Bankruptcy Case No. 16-82295 TML |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 25, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    JOHNSON, THOMAS B
    6645 TORCHLITE TRAIL
    LOVES PARK, IL 61111

    PHILIP H HART
    PRAIRIE STATE LEGAL SERVICES
    303 N. MAIN STREET STE 600
    ROCKFORD, IL 61101
    *(Via ECF Electronic Transmission)*

    SARAH C HOLBROOK
    3957 N. MULFORD RD., STE. C
    ROCKFORD, IL 61114
    *(Via ECF Electronic Transmission)*

    Xcel Energy South
    by American InfoSource LP as agent
    PO Box 268872
    Oklahoma City, OK 73126-8872

    Discover Bank
    Discover Products Inc
    PO Box 3025
    New Albany, OH 43054-3025

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nelnet
121 South 13th Street Suite 201
Lincoln, NE 68508

US Department of Education
c/o Nelnet
P.O. Box 740283
Atlanta, GA 30374-0283

Texas Guaranteed Student Loan Corporation
PO Box 659602
San Antonio, TX 78265

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Rockford Health Physicians
2300 N Rockton Ave
Rockford, IL 61103

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE, ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com