# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: JOHNSON, THOMAS B | § | Case No. 16-82295-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $104,950.00 *(without deducting any secured claims)* | Assets Exempt: $4,950.00 |
| Total Distribution to Claimants: $6,777.50 | Claims Discharged Without Payment: $95,626.37 |
| Total Expenses of Administration: $5,222.50 | |

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $125,652.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,222.50 | 5,222.50 | 5,222.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,900.00 | 6,673.73 | 6,673.73 | 6,673.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,918.00 | 80,321.14 | 80,321.14 | 103.77 |
| **TOTAL DISBURSEMENTS** | $170,470.00 | $92,217.37 | $92,217.37 | $12,000.00 |

4) This case was originally filed under Chapter 7 on September 29, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2017          By: /s/STEPHEN G. BALSLEY
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 412 Marquette Dr SW, Poplar Grove (1/6 interest) | 1110-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Santander Consumer Usa | 4110-000 | 6,294.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 115,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Cu Of | 4110-000 | 4,358.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$125,652.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 110.00 | 110.00 | 110.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,152.50 | 3,152.50 | 3,152.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,222.50 | $5,222.50 | $5,222.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | 6,900.00 | 6,673.73 | 6,673.73 | 6,673.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,900.00 | $6,673.73 | $6,673.73 | $6,673.73 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Xcel Energy South | 7100-000 | 350.00 | 167.93 | 167.93 | 0.23 |
| 2 | Discover Bank | 7100-000 | 1,088.00 | 1,068.12 | 1,068.12 | 1.38 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 309.04 | 309.04 | 0.40 |
| 4 | Nelnet | 7100-000 | N/A | 21,807.78 | 21,807.78 | 28.17 |
| 5 | US Department of Education | 7100-000 | 10,127.00 | 46,302.25 | 46,302.25 | 59.82 |
| 6 | Texas Guaranteed Student Loan Corporation | 7100-000 | 5,195.00 | 4,315.03 | 4,315.03 | 5.57 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 1,000.00 | 1,063.50 | 1,063.50 | 1.37 |
| 8 | Rockford Health Physicians | 7100-000 | 2,700.00 | 2,991.48 | 2,991.48 | 3.86 |
| 9 | Citibank, N.A. | 7100-000 | 2,049.00 | 2,050.00 | 2,050.00 | 2.65 |
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 246.01 | 246.01 | 0.32 |
| NOTFILED | Rockford Mercantile | 7100-000 | 1,746.00 | N/A | N/A | 0.00 |
| NOTFILED | rock river disposal | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Motorola Employee Cred | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Nicor | 7100-000 | 100.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Frd Motor Cr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Loves Park Water Dept | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | National Student Loan | 7100-000 | 6,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Motorola Credit Union | 7100-000 | 5,152.00 | N/A | N/A | 0.00 |
| NOTFILED | Xfinity | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/sams Club | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WfEfs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb - Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Pr | 7100-000 | 516.00 | N/A | N/A | 0.00 |
| NOTFILED | Summit Orthopedica | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | rosecrance me | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfds/wds | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Convergent Outsourcing | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Acs/navient | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/mnrds | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/frnrw | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bankamerica | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Counseling | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Acs/navient | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank & Trust Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Acs/wells Fargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $37,918.00 | $80,321.14 | $80,321.14 | $103.77 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-82295-TML | **Trustee:** (330410)    STEPHEN G. BALSLEY |
| **Case Name:** JOHNSON, THOMAS B | **Filed (f) or Converted (c):** 09/29/16 (f) |
| | **§341(a) Meeting Date:** 11/10/16 |
| **Period Ending:** 09/08/17 | **Claims Bar Date:** 02/14/17 |

| | **1**<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **2**<br>Petition/<br>Unscheduled<br>Values | **3**<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **4**<br>Property<br>Abandoned<br>OA=§554(a) | **5**<br>Sale/Funds<br>Received by<br>the Estate | **6**<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6645 Torchlite Trail, Loves Park, IL 61111-0000, | 90,000.00 | 0.00 | | 0.00 | FA |
| 2 | 412 Marquette Dr SW, Poplar Grove (1/6 interest)    See Order to Sell Real Estate entered March 27, 2017. | 17,000.00 | 17,000.00 | | 12,000.00 | FA |
| 3 | checking: BMO Harris Bannk | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking: MECU | 300.00 | 0.00 | | 0.00 | FA |
| 5 | older household furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | tvs, laptop, cell phone | 300.00 | 0.00 | | 0.00 | FA |
| 7 | necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8 | watch | 50.00 | 0.00 | | 0.00 | FA |
| 9 | employer provided term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 401K: employer provided | Unknown | 0.00 | | 0.00 | FA |
| 11 | 2004 Ford Expedition | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2010 Ford Fusion | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Harley Davidson | 4,000.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets    Totals** (Excluding unknown values) | **$121,950.00** | **$17,000.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 18, 2017          **Current Projected Date Of Final Report (TFR):**    May 18, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 16-82295-TML | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | JOHNSON, THOMAS B | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******1966 - Checking Account |
| **Taxpayer ID #:** | **-***6534 | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 09/08/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/14/17 | {2} | Alpine Bank | Bankruptcy Estate's 1/6 interest in 412 Marquette Drive SW, Poplar Grove, IL pursuant to Court Order entered March 27, 2017 | 1110-000 | 12,000.00 | | 12,000.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| 06/19/17 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,950.00, Trustee Compensation;  Reference: | 2100-000 | | 1,950.00 | 10,040.00 |
| 06/19/17 | 102 | Nelnet | Dividend paid   0.12% on $21,807.78; Claim# 4; Filed: $21,807.78; Reference: | 7100-000 | | 28.17 | 10,011.83 |
| 06/19/17 | 103 | US Department of Education | Dividend paid   0.12% on $46,302.25; Claim# 5; Filed: $46,302.25; Reference: | 7100-000 | | 59.82 | 9,952.01 |
| 06/19/17 | 104 | Texas Guaranteed Student Loan Corporation | Dividend paid   0.12% on $4,315.03; Claim# 6; Filed: $4,315.03; Reference: | 7100-000 | | 5.57 | 9,946.44 |
| 06/19/17 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 9.81 | 9,936.63 |
| | | | Dividend paid  0.12% on            0.23 $167.93;  Claim# 1; Filed: $167.93 | 7100-000 | | | 9,936.63 |
| | | | Dividend paid  0.12% on            1.38 $1,068.12;  Claim# 2; Filed: $1,068.12 | 7100-000 | | | 9,936.63 |
| | | | Dividend paid  0.12% on            1.37 $1,063.50;  Claim# 7; Filed: $1,063.50 | 7100-000 | | | 9,936.63 |
| | | | Dividend paid  0.12% on            3.86 $2,991.48;  Claim# 8; Filed: $2,991.48 | 7100-000 | | | 9,936.63 |
| | | | Dividend paid  0.12% on            2.65 $2,050.00;  Claim# 9; Filed: $2,050.00 | 7100-000 | | | 9,936.63 |
| | | | Dividend paid  0.12% on            0.32 $246.01;  Claim# 10; Filed: $246.01 | 7100-000 | | | 9,936.63 |
| 06/19/17 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 3,262.50 | 6,674.13 |
| | | | Dividend paid 100.00%         3,152.50 on $3,152.50;  Claim# ; Filed: $3,152.50 | 3210-000 | | | 6,674.13 |
| | | | Dividend paid 100.00%           110.00 on $110.00;  Claim# ; | 3120-000 | | | 6,674.13 |

Subtotals :                    $12,000.00          $5,325.87

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-82295-TML | |
| **Case Name:** JOHNSON, THOMAS B | |
| **Taxpayer ID #:** **-***6534 | |
| **Period Ending:** 09/08/17 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1966 - Checking Account |
| **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $110.00 | | | | | |
| 06/19/17 | 107 | Internal Revenue Service | Combined Check for Claims#3U,3P | | | | 6,674.13 | 0.00 |
| | | | Dividend paid  0.12% on<br>$309.04;  Claim# 3U;<br>Filed: $309.04 | 0.40 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $6,673.73;  Claim#<br>3P; Filed: $6,673.73 | 6,673.73 | 5800-000 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 12,000.00 | 12,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,000.00 | 12,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $12,000.00 | $12,000.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1966** | 12,000.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |